LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA. 95926
(530) 895-3252

Attorney for Plaintiff                                    **OK/HAV**

KATHLEEN E. FINNERTY, SBN 157638
MARC B. KOENISBERG, SBN 204265
**LIVINGSTON & MATTESICH LAW CORPORATION**
1201 K Street, Suite 1100
Sacramento, CA 95814
(916) 442-1111

Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Wilson, | Case No. CIV.S-04-0690 DFL JFM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE STATUS (PRETRIAL SCHEDULING) ORDER** |
| v. | |
| Norbreck, LLC dba Johnny Carino's, <u>et al.</u>, | |
| Defendants. | |

**WHEREAS,** on June 21, 2004, the parties were served with a Status (Pretrial Scheduling) Order ("Scheduling Order") for this action;

**WHEREAS,** the Scheduling Order provided that on or before June 15, 2005, all dispositive motions shall be heard;

Wilson v. Johnny Carinos, et al., CIV.S 04-0690 DF JFM
Stipulation to Modify the Status (Pretrial Scheduling) Order
Page 1 of 3

**WHEREAS,** the Court issued a Minute Order continuing the hearing of all dispositive motions to June 22, 2005.

**WHEREAS**, plaintiff underwent emergency surgery on June 6, 2005 and will be unavailable to confirm or deny the allegations set forth in defendant's motion for summary judgment.

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto that the Scheduling Order shall be amended to provide as follows:

(1) On or before Friday, June 10, 2005 each party shall file and serve their oppositions, if any, to the parties' respective motions for summary judgment;

(2) On or before Friday, June 17, 2005, each party shall file and serve their reply briefs, if any, to the parties' respective motions for summary judgment; and

(3) The hearing for the motions for summary judgment shall be continued to Wednesday, July 13, 2005, or at the court's convenience.

DATED: June __, 2005 LAW OFFICES OF LYNN HUBBARD

_________________________________/

Lynn Hubbard, III
Attorney for Plaintiff

DATED: June __, 2005 LIVINGSTON & MATTESICH LAW CORPORATION

_________________________________/

Marc B. Koenigsberg
Attorney for Defendants

## ORDER

**IT HAVING BEEN STIPULATED BY THE PARTIES AND GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED** that the Scheduling Order shall be amended to provide as follows:

(1) On or before Friday, June 10, 2005 each party shall file and serve oppositions to the appropriate motion for summary judgment;

(2) On or before Friday, June 17, 2005, any party shall file and serve their reply brief to the respective motion for summary judgment; and

(3) The hearing for the motions for summary judgment shall be continued to Wednesday, July 13, 2005.

Dated: June 9, 2005

_____
DAVID F. LEVI
United States District Judge

Wilson v. Johnny Carinos, et al., CIV.S 04-0690 DF JFM
Stipulation to Modify the Status (Pretrial Scheduling) Order
Page 3 of 3